# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3677

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Missouri |
| Ricky Lynn Davis, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: March 29, 2000

Filed: April 10, 2000

_____

Before McMILLIAN, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Ricky Lynn Davis appeals from the final judgment entered in the District Court[1] for the Eastern District of Missouri upon his guilty plea to being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). The district court sentenced appellant to eighty-five months imprisonment and three years supervised release. For reversal, Davis argues that the court erred in applying a four-level enhancement under

_____

[1]The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.

U.S.S.G. § 2K2.1(b)(5) (1998) for possessing the firearm in connection with another felony offense, the circumstances of which were testified to at sentencing by Davis's ex-girlfriend. For the reasons discussed below, we affirm the judgment of the district court.

We reject Davis's challenge to his ex-girlfriend's credibility. The district court's decision to credit her testimony is virtually unreviewable on appeal, and we are unpersuaded that it should be disturbed in this case. See United States v. Johnson, 169 F.3d 1092, 1098 (8th Cir.), cert. denied, 120 S. Ct. 143 (1999). We also find no merit to Davis's argument that the district court erred in failing to make specific credibility findings. See United States v. Moss, 138 F.3d 742, 745 (8th Cir. 1998) (rejecting argument that district court neglected to make specific credibility findings in light of conflicting witness testimony, where it was apparent which witness's testimony court had credited).

Accordingly, we affirm the judgment of the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.